IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | * | |
| Plaintiff, | * | |
| v. | * | CR 111-187 |
| CLIFTON S. PORTERFIELD, | * | |
| Defendant. | * | |

**ORDER**

Presently pending before the Court is Defendant's motion to dismiss counsel and proceed pro se. (Doc. no. 52.) Mr. Richard T. Pacheco, II, was appointed as Defendant's counsel on June 14, 2011. (Doc. no. 26.) On August 24, 2011, Defendant pled guilty to one count of bank robbery and was sentenced to 210 months imprisonment. (Doc. no. 36.) Final judgment was entered on January 13, 2012. (Doc. no. 41.)

In the instant motion, Defendant indicates that he is unsatisfied with counsel and requests an Order dismissing counsel. Mr. Pacheco was appointed under the Criminal Justice Act, which provides that "[a] person from whom counsel is appointed shall be represented at every stage of proceedings from his initial appearance . . . through appeal, including ancillary appropriate to the proceedings." 18 U.S.C. § 3006A(c). Here, there is no appeal pending and the time for filing an appeal has long since lapsed. Thus, he no longer has any right to representation, and he has unambiguously requested to proceed pro se. Accordingly,

Defendant's motion (doc. no. 52) is **GRANTED**. The Clerk is **DIRECTED** to **TERMINATE** Mr. Richard T. Pacheco, II, as counsel of record for Defendant in this case.

**ORDER ENTERED** at Augusta, Georgia, this 28th day of August, 2014.

_____
HONORABLE J. RANDAL HALL
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA